*Abraham Markhoff* for appellant.

*Herbert F. Hastings, Jr.*, and *A. F. Klaiber* for Louis Stein & Co., Inc., et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

In the Matter of the Claim of ROBERT BOSDYCK, Respondent, against ROCHESTER FOLDING BOX COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted April 15, 1936; decided May 1, 1936.)

*Clarence B. Tippett* for appellants.

*Leonard Marafioti* and *Henry Redman Dutcher* for *Robert Bosdyck*, respondent.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion. (See 271 N. Y. 660.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.